# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN MARSHALL, et al.,<br><br>        Defendants. | Case No. CV 09-5440-RGK (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Plaintiff has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

      **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss be granted and that judgment be entered dismissing this action with prejudice. Because the allegations in this action fail to state a claim, this dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

DATED: June 21, 2010

                                                R. GARY KLAUSNER<br>                                                UNITED STATES DISTRICT JUDGE