# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH,<br><br>            Plaintiff,<br><br>   v.<br><br>JOHN MARSHALL, et al.,<br><br>            Defendants. | Case No. CV 09-5440-RGK (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: June 21, 2010

                                                      R. GARY KLAUSNER
                                                    UNITED STATES DISTRICT JUDGE